UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALFRED CREA,<br><br>   Plaintiff,<br><br>v.<br><br>FATHER JOHN KRZYZANSKI,<br><br>   Defendant. | CIVIL ACTION NO.:<br>1:18-CV-00861-JPB |

## ORDER

On February 26, 2021, this Court granted Defendant's Motion for Summary Judgment. [Doc. 94]. Thereafter, Plaintiff filed a Motion for Reconsideration. [Doc. 96]. Plaintiff also appealed the ruling to the United States Court of Appeals for the Eleventh Circuit. [Doc. 98]. On January 11, 2022, the Eleventh Circuit dismissed the appeal after the parties' filed a Stipulated Motion to Voluntarily Dismiss Appeal. [Doc. 106]. The same day, the parties informed this Court that the matter had been resolved to the mutual satisfaction of the parties. In light of the parties' settlement, the pending Motion for Reconsideration [Doc. 96] is **DENIED** as moot.

**SO ORDERED** this 11th day of January, 2022.

J. P. BOULEE
United States District Judge